# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Alhix Oyoque, et al.

                    Plaintiff,

v.                                                 Case No.: 1:20−cv−03431
                                                    Honorable Matthew F. Kennelly

DePaul University, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 3, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic ruling on a motion hearing held on 5/3/2021. The Court will issue a written ruling on the plaintiffs' motion to amend/correct the complaint [31]. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.