# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 13, 2021

*By the Court*:

| No. 21-2063 | ENRIQUE CHAVEZ and EMMA SHEIKH,<br>Plaintiffs - Appellants<br><br>v.<br><br>DEPAUL UNIVERSITY,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-03431<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

Upon consideration of the **STIPULATION OF DISMISSAL**, filed on October 13, 2021, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**    (form ID: **137**)